# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-22-00716-CV

**Ernestina Chavarria, Appellant**

**v.**

**Margarito Mike Rodriquez, Appellee**

### APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the order signed by the trial court on August 18, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.